IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DELACRUZ ALHARSOMI,

    Plaintiff,                  No. CIV S-05-0001 DFL DAD P

    vs.

OFFICER W. RO., et al.,

    Defendants.              FINDINGS AND RECOMMENDATIONS

_____/

        By an order filed November 7, 2005, plaintiff was ordered to file a new application to proceed in forma pauperis within twenty days. In addition, plaintiff's amended complaint was dismissed and twenty days' leave to file a second amended complaint was granted. Plaintiff was cautioned that failure to do so would result in a recommendation that this action be dismissed. The twenty-day period has now expired, and plaintiff has not filed a new application to proceed in forma pauperis, has not filed a second amended complaint, and has not otherwise responded to the court's order.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110 (E.D. Cal. 1997); Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

1

1  days after being served with these findings and recommendations, plaintiff may file written
2  objections with the court.  Such a document should be captioned "Objections to Magistrate
3  Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections
4  within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>
5  <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
6  DATED: December 9, 2005.

                                                    DALE A. DROZD
                                                  UNITED STATES MAGISTRATE JUDGE

10  DAD:lg
    alha0001.fifp.fta